IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DAYRON DARIEL MOYA PEDROSO PETITIONER

v. CIVIL NO. 5:26-cv-614-DCB-RPM

WARDEN R. VERGARA, ET AL. RESPONDENTS

ORDER

Pro se Petitioner Dayron Dariel Moya Pedroso (A# 246-053-850), a detainee at the Adams County Detention Center in Natchez, Mississippi, files his Petition for habeas relief under 28 U.S.C. § 2241 [1]. Petitioner however failed to sign his Response [4] filed on August 20, 2026, as required by the Federal Rules of Civil Procedure 11(a).[1] Petitioner will be given an opportunity to correct this omission by placing his signature on page 1 (CM/ECF pagination) of the copy of his Response [4] enclosed with this Order. Accordingly, it is

ORDERED that the Clerk of Court is directed to mail to Petitioner a copy of his Response [4].

IT IS FURTHER ORDERED that Petitioner is directed to sign on page 1 (CM/ECF pagination) of the copy of his Response [4] enclosed with this Order and return his Response [4] to this Court **on or before September 4, 2026.** Petitioner

[1] "Under the Rules Governing Section 2254 Proceedings in the United States District Courts ('Habeas Rules'), which also apply in habeas proceedings governed by 28 U.S.C. § 2241, the Federal Rules of Civil Procedure apply only to the extent that they are not inconsistent with the Habeas Rules or any statutory provision." *Shabanov v. Tate*, No. CV H-23-3136, 2024 WL 1772873, at *3 (S.D. Tex. Apr. 24, 2024) (citing Rules 1(b) and 12 of the Habeas Rules).

is reminded that his pleadings and other documents submitted to this Court for filing must have his signature on them.

IT IS FURTHER ORDERED that Petitioner is directed to file his signed Response [4] with the Clerk, U. S. District Court, 501 E. Court Street, Suite 2.500, Jackson, Mississippi 39201.

Petitioner is warned that his failure to fully comply with any order of the Court timely or failure to advise the Court of a change of address as directed in the Notice of Assignment [4] may result in the dismissal of this case.

SO ORDERED, this 21st day of August, 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE